# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT DESHAWN SIMPSON,

        Petitioner,        Case Number: 2:11-CV-11758

v.        HONORABLE DENISE PAGE HOOD

STEVEN RIVARD,

        Respondent.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated November 26, 2013, this cause of action is **DISMISSED**.

Dated at Detroit, Michigan this 26th day of November, 2013.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:  S/Holly Monda for LaShawn Saulsberry
                DEPUTY CLERK

APPROVED:

S/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE